**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

SEP 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>AMBROSIO NUNEZ-LOPEZ, a.k.a.<br>Ambrosio Nunez,<br><br>Defendant - Appellant. | No. 14-10379<br><br>D.C. No. 2:12-cr-00982-DGC-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted September 15, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Ambrosio Nunez-Lopez  appeals from the district court's judgment and

challenges his conviction and 120-month sentence for conspiracy to possess with

intent to distribute 500 grams or more of methamphetamine, in violation of 21

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Nunez-Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Nunez-Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Nunez-Lopez has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waivers, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw as counsel is **GRANTED**.

**DISMISSED**.